In the Matter of Supplementary Proceedings: The Marine Manufacturing and Supply Company, Respondent, v. Robert Perry, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Martin I. Johnson, Respondent, v. Sarah J. White and Others, Defendants, Impleaded with Joseph Simmons and Others, Appellants.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Simon Levy and David Kowal, Respondents, v. Nathan Jacobwitz and Jonas Eber, Appellants.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Elizabeth Miner, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Hooker, JJ.

Mary McWeeney, as Administratrix, etc., of John T. McWeeney, Deceased, Respondent, v. Whale Creek Iron Works, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York, Appellant, v. James W. Simpson, Respondent.— Order affirmed. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Edward H. Litchfield and Others, Appellants, v. James L. Wells and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Litchfield* v. *O'Donnel* (113 App. Div. 713; 99 N. Y. Supp. 436). Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Emma A. Reeves, Respondent, v. The Fourteenth Street Store, Appellant.— We think the evidence in this case did not justify the order setting aside the verdict. Order setting aside verdict reversed and verdict reinstated, with costs. Woodward, Jenks, Hooker, Rich and Miller, concurred.

Van Mater Stilwell, Respondent, v. Mabel L. Bethel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ. concurred.

United States Fidelity and Guaranty Company, Appellant, v. Max Schiff and Gus Moos, Respondents.— Judgment of the Municipal Court affirmed, with costs, on the authority of *Welsbach Company* v. *Norwich Gas & Electric Co.* (180 N. Y. 533). Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Ellen E. Warner, Respondent, v. Franklin S. Holmes, Appellant.— This order for the taking of deposition of a person not a party cannot stand, for it was granted at Special Term instead of by a judge; the affidavits presented were insufficient in material matters, and the order itself is indefinite, if not defective. The order is reversed, with ten dollars costs and disbursements, and the motion is denied, with ten dollars costs. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

The Washington Trust Company of the City of New York, Respondent, v. Morse Iron Works and Dry Dock Company and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted; questions to be settled before Jenks, J. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

The First National Bank of Sing Sing, Appellant, v. The Sing Sing Gas Manufacturing Company and Others, Respondents.— Motion granted, with ten dollars costs, unless the appellant perfect its appeal as to the defendant gas company within thirty days, in which event the motion is denied, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Franklin Haines, Respondent, v. Amsi L. Barber and Others, Appellants.— Motion to resettle order granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Stephen M. Hoye, Respondent, v. Pennsylvania Railroad Company, Appellant, and The Westcott Express Company, Defendant.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Sigismund B. Levy for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.